# Third District Court of Appeal

## State of Florida

Opinion filed October 18, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0556
Lower Tribunal No. F09-25476A
_____

**Exzavier Robinson**,
Petitioner,

vs.

**The State of Florida**,
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Exzavier Robinson, in proper person.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for respondent.

Before FERNANDEZ, LINDSEY, and MILLER, JJ.

PER CURIAM.

Petitioner, Exzavier Robinson, seeks relief in habeas corpus from his first-degree felony murder conviction. In his petition, he alleges his appellate

counsel was constitutionally ineffective for failing to raise his trial counsel's ineffectiveness on direct appeal. His claim rests on the contention that his trial counsel was deficient for failing to argue that he was, at best, an accessory after the fact to the robbery underlying his felony murder conviction. See § 777.03, Fla. Stat. (2017). Robinson raised this claim in the trial court, and it was squarely rejected. We affirmed that decision on appeal. See Robinson v. State, No. 3D23-0732, 2023 WL 5425345, at *1 (Fla. 3d DCA Aug. 23, 2023). Accordingly, the petition provides no basis for relief. See Swafford v. Dugger, 569 So. 2d 1264, 1268 (Fla. 1990); Hardwick v. Dugger, 648 So. 2d 100, 106–07 (Fla. 1994); Rutherford v. Moore, 774 So. 2d 637, 647, 649 (Fla. 2000).

Petition denied.